## Commonwealth *v.* Bass, Appellant.

732

Submitted June 15, 1967. *Melvin Dildine*, Assistant Defender, and *Herman I. Pollock*, Defender, for appellant; *Burton D. Fretz* and *Alan J. Davis*, Assistant District Attorneys, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.